Full Name

E. G. Harris

Committed Name (if different)   12371-030

Edward Green Harrison

Full Address Including Name of Institution

Beaumont USP
P.O. Box 26030
Beaumont, TX, 77720

Prison Number (if applicable)   12371-030

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 1 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

E.G. Harris

Edward Green Harrison
       Plaintiff,

vs.

Warden Cheron Nash

Corr, Officer Seller, C/o. Lampkin,

C/o. Sheckelford, C/o. Wallace
      Defendants(s).

Case No. CV 3:20cv374 DPJ FKB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO  (check one)

☐ 42 U.S.C. § 1983.

or

☒ Bivens v. Six Unknown Agents
403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner:   ☐ Yes   ☒ No

2) If your answer to A is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Page 1 of 6

(11/96)

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants_____

_____

b. Court

_____

c. Docket or case number_____

d. Name of judge to whom case was assigned_____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?)

_____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit_____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?

☒ Yes    ☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?

☒ Yes   ☐ No

If your answer is no, explain why not _____ N-A _____

_____

3) Is the grievance procedure completed?

☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

### C. JURISDICTION  E.G. Harris

This complaint alleges that the civil rights of plaintiff _Edward Green Harrison_

(print plaintiff's name)

who presently resides at _USP. Beaumont, P.O.Box 26030, Beaumont TX 77720_ were violated

(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____

_Yazoo City, MS   FCI Med_____

(institution/city where violation occurred)

on (date or dates) _5-24-18_____ , _____ , _____

(Claim I)                          (Claim II)                       (Claim III)

(You need not name more than <u>one</u> defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming <u>more</u> than five (5) defendants.)

1) Defendant _Warden Cheron Nash_____ resides or works at

(full name of first defendant)

_FCI Med Yazoo City_____ , and is employed as

(full address of first defendant)

_____Warden_____ .

(defendant's position and title, if any)

The defendant is sued in his/her  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

She misused her power to: 1) be certain staff was trained to esteem the standard of employee, conduct and responsibilities', 2) actuate an unbiased investigation of my excessive force claims

2) Defendant _C/O Seller_____ resides or works at

(full name of second defendant)

FCI (med) Yazoo City _____, and is employed as

*(full address of second defendant)*

Correctional Officer

*(defendant's position and title, if any)*

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

He misused his position by: 1) Ordering those under his autho-rity to violate PS3420.09 Standard of Employee Conduct + responsibility, 2) the excessive use of force that he wantonly used

3) Defendant _____ C/O Lampkin _____ resides or works at

*(full name of third defendant)*

FCI (med) Yazoo City _____, and is employed as

*(full address of third defendant)*

Correctional Officer

*(defendant's position and title, if any)*

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

He, instead of reporting C/O Seller misconduct, conceded it via his silence during + after the assault upon me

4) Defendant _____ C/O Shackleford _____ resides or works at

*(full name of fourth defendant)*

FCI (med) Yazoo City _____, and is employed as

*(full address of fourth defendant)*

Correctional Officer

*(defendant's position and title, if any)*

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

See Defendant 3 above

5) Defendant _____C/O Wallace_____ resides or works at
(full name of fifth defendant)

_____FCI (med) Yazoo City_____, and is employed as
(full address of fifth defendant)

_____Correctional Officer_____
(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____See Defendent 3 above_____

## E. CLAIMS*

## CLAIM I

The following civil right has been violated:

_____Fifth and Eighth Amendment_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right].

Prior to the assault C/o Seller harass, threaton and abuse me, I made complaints to the S.H.U. L.T. more then a couple/of time, once a

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

prior to the assault. There is staff that witness C/O Seller action, that will support these facts. As for the assault, at the time Im 55 year old and handcuff and being escorted by 4 C/O's. There is camera footage of the assault that coincide with the affidavit that I gave affter the assault

   C/O Sheckleford memorandum report + incident report didn't coincide with each other, it was like they was written by 2 different people

   C/O Lampkin told me he didn't write his memorandum report just sign it

   C/O Wallace for not writeng memorandum report and for not reporting the truth

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

   Monetary damages in the amount of two point three million dollars (2.300,000⁰⁰) for actual damages + mental anguish

E. G. Harris

Edward Green Harrison
_____
   (Signature of Plaintiff)

5-13-2020
_____
   (Date)

Page 6 of 6

(11/96)

Civil Rights Form

YAX1330.16B
Page 5
Attachment A

# Federal Correctional Complex, Yazoo City, Mississippi
## Request for Administrative Remedy
## Attempt at Informal Resolution

Inmate Name: _Edward Harrison_

Register No: _12371-030_                                    Unit: _C1-138 - S.H.U._

## TO BE COMPLETED BY INMATE:

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred. On 5-24-18 around 6:00pm, I was standing and front of the shower stall on C1-range in S.HU., when I was assaulted by C/o Sellors, while 4 other C/o stood and watch for 10 to 15 seconds be fer they respond. look at camera on C1- range to support my complaint. I also would like a copy of the video of this incident for legal matter

2. What actions are you requesting to resolve your complaint? For C/o Sellor to be fired and charges to be brought against him and to be compensated for pain and suffering and mental agony

## TO BE COMPLETED BY STAFF:

3. Indicate below the efforts made to resolve the matter. Be specific, but brief. Include names of staff contacted to attempt resolution. (Use back of this form if necessary.)

5-24-18

Correctional Counselor/Date        Edward Harrison        Unit Manager Review/Date
                                   Inmate Signature/Date   5/24/18

**NOTE:** Attach any pertinent documentation related to the inmate's complaint.

| | | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|---|---|
| | Date: | 5.24.18 | 5.22.18 | | | |
| | Counselor: | NH | Mb | | | |

BP-8 & It's Response

**Response to Attempt at Informal Resolution**
**RE: Harrison**
**Reg. No. 12371-030**

This is a response to your Informal Resolution date 05-28-2018 concerning your allegation of staff misconduct.

Allegations of staff misconduct are taken seriously: however due to staff confidentiality and privacy reason you will not be provided further information regarding the disposition of these allegations. These allegations will be forwarded to the appropriate staff for review. Staff will take every measure to provide a safe environment for all staff and inmates as needed.

M. Gibson
Correctional Counselor

5.29.18
Date

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Rec'd 5/30/18

Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Harrison Edward G.        12371-030    S.H.U C1-138    FCI Yazoo City
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** ON 5-24-18 around 6:00 pm I was standing and front of the shower stall on C1-range in SHU, when I was assaulted by S/o Sellers, while 4 other S/o stood and watch for 10 to 15 seconds bc for they respound, look at camera on C1-range to support my complaint. I also would like a copy of the vido of this incident for legal matters.

There was No actions that I requested taken, to resolve this matter

5-29-18.        Edward Harrison
DATE        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

FCC YAZOO CITY
MAR 31 2018
Received
Maximum AW's Office

_____        _____
DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**        BP-9 & It's Response

Return to: _____        _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        ♻ PRINTED ON RECYCLED PAPER        BP-229(13)
APRIL 1982

U.S. Department of Justice          RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons
_____

Part B - RESPONSE                                    Nash         12371-030

Remedy ID - 942005-F1

This is in response to your Request for Administrative Remedy receipted
May 31, 2018, wherein you allege when you were taken out of your cell on May
24, 2018, staff assaulted you by taking you to the ground then banged your
head on the ground 4-5 times.

Your allegation of misconduct has been reviewed for appropriate disposition
in accordance with policy.  Allegations of misconduct are taken seriously;
however, due to staff confidentiality and privacy reasons you will not be
provided further information regarding the disposition.  In addition, staff
will take every measure necessary to provide a safe environment for all staff
and inmates as needed.

This Response for your Administrative Remedy is for information purposes only.
If dissatisfied with this response, you may appeal to the Regional Director,
Southeast Regional Office, at 3800 Camp Creek Parkway, SW, Building 2000,
Atlanta, Georgia 30331-6226.  Your appeal must be received in the Regional
Director's Office within 20 calendar days of the date of this response.


_____              4/14/18
Cheron Y. Nash, Warden                        Date



This response was delivered by my unit team on __06/04__, 2018.


_____              _____
Inmate Signature                             Staff Signature

E. G. Harris
Edward Green Harrison

My BP-10 and it's Response (Remedy ID # 942005-FI) was lost by Coleman I U.S.P - S.H.U. Staff. I ask my unit Team and writen Southeast Regional Office more then once, asking for copy but never got a response or copy

E. G. Harris          5-13-2020
Edward Harrison

artment of Justice

Federal Bureau of Prisons

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach–ments must be submitted with this appeal.

From: Harrison Edward G       12371-030    A    Colemen USP 1
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT        INSTITUTION

Part A—REASON FOR APPEAL (This is a Rewrite) Yes Im dissatisfied! They address the monetary issue but didn't touch on the issue adout criminal charges being brought against C/o Seller for his action. I would also like to file a criminal complaint against C/o Seller. I would also like for the video footage of the incident to be reserve for legal issue

12-3-18
_____                         Edward Harrison  12371-030
DATE                                        SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

DEC 1 7 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____                        GENERAL COUNSEL
DATE                                        942005-A2
                                            CASE NUMBER: _____
ORIGINAL: RETURN TO INMATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Part C—RECEIPT                             CASE NUMBER: _____
                        BP-11 & It's Response
Return to: _____          _____     _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT      INSTITUTION

SUBJECT: _____

_____         ☸                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL   BP–231(13)
DATE                 PRINTED ON RECYCLED PAPER                                              APRIL 1982
USP LVN

**Administrative Remedy No. 942005-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege staff misconduct. Specifically, you claim you were assaulted by a staff member. For relief, you request criminal charges be brought against the staff member and video footage be preserved.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Staff conduct is governed by Program Statement 3420.11, <u>Standards of Employee Conduct</u>, and the Bureau of Prisons takes seriously any allegation of staff misconduct, such as those you raised in this remedy cycle. We look into matters which may constitute inappropriate conduct and refer them to another component of the Bureau of Prisons for appropriate action. The matter has been forwarded to the appropriate Bureau component for further review.

Additionally, no inmate is entitled to be advised of the results of any inquiry or any action pursued against staff. You should also be aware such reviews may or may not include interviewing you and no inmate is entitled to be apprised of the progress, outcome, or disposition of any review of alleged staff misconduct. Similarly, any action taken against staff, if any are deemed necessary, will not be disclosed to you.

Based on the foregoing, this response is provided for informational purposes only.


_____          _____
Date                                    Ian Connors, Administrator
                                        National Inmate Appeals



U. S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*
*3800 Camp Creek Pkwy SW*
*Bldg 2000*
*Atlanta, GA 30331*

---

**CERTIFIED MAIL: 7017 2620 0001 0835 8394**

Edward G. Harrison
Reg. No. 12371-030
Beaumont USP
P.O. Box 26030
Beaumont, TX 77720

RE:    **Administrative Tort Claim Number: TRT-SER-2019-01967**

Dear Claimant:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act ("FTCA"), Title 28, United States Code (U.S.C.), Section 2672 *et seq.*, and the authority accorded by Title 28, Code of Federal Regulations (C.F.R.), Section 0.172.  Under Section 2672 of the FTCA, each federal agency has been delegated the authority to consider, determine, and settle any claim for money damages against the United States for personal injury or loss of personal property caused by the negligent or wrongful act or omission of an employee acting within the scope of his or her office or employment.

We have investigated your claim, and the investigation did not indicate you suffered an injury or loss caused by the negligence of a Bureau of Prisons employee acting within the scope of his or her employment.  Accordingly, your FTCA claim is denied.  If you are dissatisfied with our determination, you have six (6) months from the mailing date of this letter to file suit in an appropriate United States District Court.

Sincerely,

Joshua Robles
Supervisory Attorney

Date: 01-07-2020